# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Anthony J. Giorgianni

Civil Case # 1:23-cv-01868-RLY-TAB

## MOTION TO DISMISS DUPLICATIVE ACTION WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff moves to voluntarily dismiss all claims against all Defendants in the above-captioned action, only, *without prejudice* to the continuance of his previously filed action, Case No. 1:21-cv-06341-RLY-TAB. Plaintiff Anthony J. Giorgianni has inadvertently filed duplicative actions in this MDL proceeding. Good cause exists to continue in his original action and dismiss this later-filed action.

Dated: November 18, 2024.

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
**Ben Martin Law Group, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                  */s/ Ben C. Martin*
                                                  Ben C. Martin