## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Anthony J. Giorgianni

Civil Case # 1:23-cv-01868-RLY-TAB

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO DISMISS DUPLICATIVE ACTION WITHOUT PREJUDICE

This matter came before the Court on Plaintiff's Motion to Dismiss Duplicative Action Without Prejudice. Having duly considered the Motion:

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Duplicative Action Without Prejudice is GRANTED as to the following duplicative case, which is dismissed without prejudice:

- Anthony J. Giorgianni, Case No. 1:23-cv-01868-RLY-TAB

**SO ORDERED** this _____ day of _____, 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana